UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY QUAN, | ) | 1:08-CV-00511 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| v. | ) | |
| | ) | [Doc. #12] |
| FEDERAL BUREAU OF PRISONS, | ) | |
| D. SMITH, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus on appeal to the Ninth Circuit Court of Appeal pursuant to 28 U.S.C. § 2241.

On June 23, 2008, this Court granted the petition in part and denied the petition in part. The Clerk of Court entered judgment on the same date. Petitioner then filed a notice of appeal to the Ninth Circuit on July 3, 2008, and the appeal was processed on July 7, 2008. On July 31, 2008, Petitioner filed the instant motion for reconsideration. Petitioner requests this Court reconsider the order granting and denying the petition in part.

Petitioner's appeal deprives this Court of jurisdiction to consider his motion for reconsideration. Generally, the filing of a notice of appeal divests the district court of jurisdiction

1  with respect to all matters involved in the appeal.  <u>Griggs v. Provident Consumer Discount Co.</u>, 459
2  U.S. 56, 58 (1982) (<u>per curiam</u>); <u>Bermudez v. Duenas</u>, 936 F.2d 1064, 1068 (9th Cir.1991); <u>Gould v.
3  Mutual Life Insurance Company of New York</u>, 790 F.2d 769, 772 (9th Cir.1986); <u>Scott v. Younger</u>,
4  739 F.2d 1464, 1466 (9th Cir.1984); <u>Davis v. United States</u>, 667 F.2d 822, 824 (9th Cir.1982).  A
5  district court does have discretion to entertain a motion for reconsideration even though an appeal
6  has been taken, but only after an appellate mandate has issued.  <u>Gould</u>, 790 F.2d at 773 ("Once an
7  appellate mandate has issued, leave of . . . [the Court of Appeal] is not required for district court
8  consideration of Rule 60(b) motion").  Because the appeal is pending in the Ninth Circuit, this Court
9  is without jurisdiction to rule on Petitioner's motion.

10  Accordingly, the Motion for Reconsideration is DENIED.

11  IT IS SO ORDERED.

12  **Dated:   August 6, 2008**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE